IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

In re:

Stanley G. Jones II and Bette J. Jones         Case No. 05-14915-MH3-11
xxx-xx-8204/xxx-xx-3475
4776 North Pierce Rd
South Fulton, TN 38257
  Debtors.

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: May 12, 2008**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: June 17, 2008, 9:00 a.m., Courtroom 3, Second Floor Customs House, 701 Broadway, Nashville, Tennessee 37203.**

### NOTICE OF MOTION FOR FINAL DECREE AND FINAL ACCOUNTING

The Debtors have asked the Court for the following relief: **For a final decree and final accounting**

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the Court to grant the attached motion, or if you want the Court to consider your views on the motion, then on or before **May 12, 2008**, you or your attorney must:

1. File with the Court your response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION MUST BE FILED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: <https://ecf.tnmb.uscourts.gov>** .

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at 615-736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 a.m. - 4:00 p.m.).

2. **Your response must state that the deadline for filing responses is May 12, 2008, the date of the scheduled hearing is June 17, 2008, and the motion to which you are responding is Motion for Final Decree and Final Accounting.**

3. You must serve your response or objection **by electronic service through the Electronic Filing System** described above. If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's web site at <https://ecf.tnmb.uscourts.gov>. **If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Date: 04-21-08      Signature: /s/ Timothy G. Niarhos
            Name:   Timothy G. Niarhos
            Address:  611 Commerce Street #2720
                  Nashville, TN 37203

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STANLEY G. JONES II | ) | BK No. 05-14915-MH3-11 |
| and BETTE J. JONES, | ) | |
| | ) | |
|     **Debtors.** | ) | |

## MOTION FOR FINAL DECREE AND FINAL ACCOUNTING

The Debtors In Possession, pursuant to Fed.R.Bankr.P. 3022 and Local Rule 3022-1, file this Final Accounting and Motion for Final Decree. In support thereof, the Debtors state:

1. The Debtors filed a voluntary petition under Chapter 11 of the Bankruptcy Code on October 15, 2005. The Debtors' Plan of Reorganization, as confirmed on April 18, 2007, has been substantially consummated.

2. The Plan contained the following classes of creditors, with the following payment provisions:

    a. Class 1 consisted of administrative claimants. Quarterly fees owed to the United States Trustee were paid on or before Confirmation and the Debtors have continued to make quarterly payments to the United States Trustee as they become due. The remaining holders of Class 1 Allowed Claims have been fully paid or as otherwise deferred by agreement between the holder of the Claim and the Debtors.

    b. Class 2 consisted of the Claims of governmental units for taxes or penalties entitled to priority pursuant to 11 U.S.C. §507(a)(8). Payments to Class 2 Claimants were to be paid upon the sale and closing of each parcel of real estate sold through the Plan. No real estate that the Debtor has proposed to be sold through the Plan has been sold by the Debtor.

    c. Class 3 consisted of the allowed secured claim of Reelfoot Bank. Reelfoot Bank holds a first priority lien in the Account Receivable Note of Moors Resort. The note of Reelfoot is an interest only note that accrues interest at the prime rate. The allowed secured claim of Reelfoot Bank was to be amortized and payable with interest at the rate of 8.25% per annum, with a 10 year amortization.

    d. Class 4 consisted of the allowed secured claim of First Tennessee Bank ("FTB"). The Class 4 Claim is secured by a deed of trust on 117 Morris Street, 121-125

Morris Street, 209 West State Line Road, South Fulton, Tennessee. The Class 4 Collateral (117 Morris Street, 121-125 Morris Street, 209 West State Line Road, South Fulton, Tennessee) was to be sold in the manner described in Section 5.2 of the Plan. Proceeds of such sale shall were to be first applied to reasonable sale expenses and the prior liens, then to payment of the Class 4 or Class 6 Claim. The Class 4 Collateral has not been sold.

  e. Class 5 consisted of the allowed secured claim of First Tennessee Bank. The Class 5 Claim is secured by a deed of trust on 4776 North Pierce Road, South Fulton, Tennessee. In the event that First Tennessee was not paid in full otherwise in this case, the SJC case, the G&J case, or the John Jones case, then the Debtors were required to negotiate treatment of the Class 5 Claim with First Tennessee based upon the value of the Class 5 Collateral.

  f. Class 6 consisted of the claim of Regions Bank ("Regions"). The Class 6 Claim is secured by (a) real property located at 209 West State Line Road, South Fulton, Tennessee, as more particularly described in the documents creating the lien; and (b) real property located at 117 Morris Street, South Fulton, Tennessee known as the Shop and Prefab Building, (collectively known as the "Class 6 Collateral"). The Class 6 Collateral (117 Morris Street and 209 West State Line Road, South Fulton, Tennessee) was to be sold in the manner described in Section 5.2 of the Plan. Proceeds of such sale were to be first applied to reasonable sale expenses and the prior liens, then to payment of the Class 4 or Class 6 Claim. The Class 6 Collateral has not been sold.

  g. Class 7 consisted of the allowed general unsecured claims not entitled to priority and not expressly included in the definition of any other class. No payments have been made to unsecured creditors.

3. All professional fee applications have been filed with the Court and served on the appropriate parties, as provided in Local Rule 9013-1.

4. The undersigned Debtors hereby declare, under penalty of perjury, that the payments under the Plan, as confirmed, have been made as indicated in the Final Accounting, attached hereto as **Exhibit A**, and that the payments made represent substantial consummation under the terms of the Plan.

WHEREFORE, Debtors pray that the Final Accounting be approved and that the Motion for Final Decree be issued pursuant to 11 U.S.C. §350(a), Fed.R.Bankr.P. 3022, and Local Rule 3022-1, and for such other relief as may be appropriate.

Respectfully submitted,

/s/ Stanley G. Jones II
Stanley G. Jones II


/s/ Bette J. Jones
Bette J. Jones


/s/ Timothy G. Niarhos
Samuel K. Crocker (skctrustee@aol.com)
Timothy G. Niarhos (tim@skctrustee.com)
CROCKER & NIARHOS
Suite 2720, Renaissance Tower
611 Commerce Street
Nashville, TN  37203
615-726-3322 – Telephone
615-726-6330 – Facsimile
Attorneys for Debtors


## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the attached Motion for Final Decree and Final Accounting, proposed Final Decree and Order Closing Case and Notice of Motion was served upon all creditors and parties in interest, as shown on the mailing matrix which is attached to the original of this document and on file in the office of the Clerk of this Court, on April 21, 2008.

/s/ Timothy G. Niarhos
Timothy G. Niarhos

# EXHIBIT A

## FINAL ACCOUNTING OF STANLEY G. JONES II and BETTE J. JONES

## BANKRUPTCY CASE NO. 05-14915-MH3-11

| CLASS | CLAIMANT | AMOUNT PAYABLE UNDER PLAN | AMOUNT PAID |
|---|---|---|---|
| 1 | U.S. Trustee | Quarterly Fees | $1,400.00 |
| 3 | Reelfoot Bank | Continuing payments and arrearage cure | 32,304.00 |
| **TOTAL** | | | **$33,704.00** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STANLEY G. JONES II | ) | BK No. 05-14915-MH3-11 |
| and BETTE J. JONES, | ) | |
| | ) | |
|     Debtors. | ) | |

## FINAL DECREE AND ORDER CLOSING CASE

It appears to the Court that the Debtors filed a Final Accounting and Motion for Final Decree pursuant to Fed.R.Bankr.P. 3022 and Local Rule 3022-1, that proper notice was given in accordance with Local Rule 9013-1, and that no timely objections have been filed.

Accordingly, it is hereby ORDERED that the Motion for Final Decree is granted and this case is CLOSED.

**This Order was signed and entered electronically as indicated at the top of the first page.**

Submitted for Entry:


/s/ Timothy G. Niarhos
Samuel K. Crocker (skctrustee@aol.com)
Timothy G. Niarhos (tim@skctrustee.com)
CROCKER & NIARHOS
Suite 2720, Renaissance Tower
611 Commerce Street
Nashville, TN  37203
615-726-3322 – Telephone
615-726-6330 – Facsimile
Attorneys for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-3<br>Case 3:05-bk-14915<br>Middle District of Tennessee<br>Nashville<br>Fri Apr 18 12:32:05 CDT 2008 | FIRST STATE BANK<br>c/o David G. Mangum<br>2303 Franklin Road<br>Nashville, TN 37204-2224 | First Tennessee Bank National Association<br>511 Union Street, 3rd Floor<br>Nashville, TN 37219-1736 |
| MGLAW, PLLC<br>2525 WEST END AVENUE<br>SUITE 1475<br>NASHVILLE, TN 37203-1780 | REELFOOT BANK<br>C/O THOMAS J. KEULER<br>DENTON & KEULER, LLP<br>PO BOX 929<br>PADUCAH, KY 42002-0929 | Regions Bank<br>c/o Charles W. Cook<br>424 Church Street<br>Suite 2800<br>Nashville, TN 37219-2386 |
| STANLEY JONES CORPORATION<br>PO BOX 5260<br>SOUTH FULTON, TN 38257-0260 | TRAVELERS CASUALTY AND SURETY COMPANY OF AME<br>C/O JEFFREY S. PRICE<br>MANIER & HEROD<br>150 FOURTH AVE. NORTH, SUITE 2200<br>NASHVILLE, TN 37219-2494 | BETTE J. JONES<br>4776 N. PIERCE RD<br>SOUTH FULTON TN 38257 |
| CAPITAL PARTNERS LEASING INC<br>2112 FIRST AVENUE NORTH<br>BIRMINGHAM AL 35203-4202 | FIRST CITIZENS NATIONAL BANK<br>ATTN: STAN C AVIS, SVP<br>P O BOX 370<br>DYERSBURG TN 38025-0370 | FIRST STATE BANK<br>609 BROADWAY<br>SOUTH FULTON, TN  38257 |
| FIRST TENNESSEE BANK NATIONAL ASSOCIATION<br>ATTN:  SPECIAL ASSETS<br>511 UNION STREET, 3RD FLOOR<br>NASHVILLE, TN 37219-1736 | First State Bank<br>115 Washington Avenue, Ste 102<br>P.O. Box 733<br>Union City, TN 38281-0733 | First Tennessee Bank National Association<br>Attn: Special Assets, Third Floor<br>511 Union Street<br>Nashville, TN 37219-1733 |
| INDUSTRIAL DEVELOPMENT BOARD<br>CITY OF BIRMINGHAM<br>REGIONS BANK - CORP TRUST DEPT<br>BIRMINGHAM AL   35203 | OBION COUNTY TRUSTEE<br>PO BOX 147<br>UNION CITY, TN 38281-0147 | PAYMENT AMERICA SYSTEMS<br>PO BOX 24850<br>NASHVILLE TN  37202-4850 |
| REELFOOT BANK<br>PO BOX 308<br>UNION CITY TN 38281-0308 | REGIONS BANK<br>COMMERCIAL PAYT PROCESSING<br>PO BOX 4010<br>MONTGOMERY AL  36103-4010 | ROBERT J. GONZALES<br>120 30TH AVENUE NORTH<br>SUITE 1000<br>NASHVILLE TN 37203-1308 |
| Regions Bank<br>c/o Charles W. Cook, III<br>Adams and Reese LLP<br>424 Church Street, Suite 2800<br>Nashville, TN 37219-2386 | STANLEY G. JONES, II<br>4776 N. PIERCE RD<br>SOUTH FULTON TN 38257 | TRAVELERS BONDING PROGRAM<br>9020 OVERLOOK BLVD<br>BRENTWOOD TN 37027-3259 |
| UNION PLANTERS BANK<br>PO BOX 66981<br>ST LOUIS, MO 63166-6981 | US TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 | ROBERT JAMES GONZALES<br>MGLAW PLLC<br>2525 WEST END AVENUE<br>SUITE 1475<br>NASHVILLE, TN 37203-1780 |
| TIMOTHY G. NIARHOS<br>CROCKER & NIARHOS<br>611 COMMERCE ST STE 2720<br>NASHVILLE, TN 37203-3754 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CROCKER & NIARHOS | (d)Reelfoot Bank<br>c/o Thomas J. Keuler<br>Denton & Keuler<br>P. O. Box 929<br>Paducah, KY 42002-0929 | (d)STANLEY JONES CORPORATION<br>PO BOX 5260<br>SOUTH FULTON, TN 38257-0260 |
| (d)TRAVELERS CASUALTY AND SURETY COMPANY OF A<br>C/O JEFFREY S. PRICE<br>MANIER & HEROD<br>150 FOURTH AVE. NORTH, SUITE 2200<br>NASHVILLE, TN 37219-2494 | (d)BETTE J JONES<br>4776 N PIERCE RD<br>SOUTH FULTON, TN 38257 | (d)STANLEY G JONES II<br>4776 N PIERCE RD<br>SOUTH FULTON, TN 38257 |

End of Label Matrix
Mailable recipients    27
Bypassed recipients     6
Total                  33